FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2012 AUG 23 PM 3: 14

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

LARRY RUMBOUGH,

    Plaintiff,

                                               Case No. 6:12-cv-00818-ACC-DAB

-v-

CAPITAL ONE BANK; ALLIANCEONE
RECEIVABLES MANAGEMENT, INC.,

    Defendants.

## PLAINTIFF'S RESPONSE TO MOTION TO DISMISS AND MEMORANDUM OF LAW

    Plaintiff, Larry Rumbough, hereby responds to Defendant AllianceOne Receivables Management, Inc.'s Motion to Dismiss and Memorandum of Law, and states:

    1. It is difficult to comprehend the basis for AllianceOne's motion, which appears to have been filed in bad faith.

    2. AllianceOne asserts in its Conclusion that "Plaintiff's Complaint must be dismissed for failing to state a cause of action as Plaintiff's causes of action are barred by the applicable statutes of limitations under the FCRA, FDCPA, and FCCPA."

    3. AllianceOne completely ignores the Court's Order of May 8, 2012 which states that "As long as the pleadings are filed timely, Plaintiff may rely on the pleadings in Case No. 6:10-cv-117-22DAB for purposes of the statute of limitations....". That order was filed in the latter case and applies to this case. The Complaint in this case was filed timely.

    4. There are no statute of limitations issues regarding Plaintiff's claims, and AllianceOne knows or should know this.

    5. The Court should not tolerate an utterly frivolous motion such as this by a party who does not wish to have its illegal activities exposed.

    WHEREFORE, Plaintiff requests that the Court deny AllianceOne's Motion to Dismiss, and instruct AllianceOne's attorney, Dale T. Golden, to cease filing frivolous motions.

Dated: August 23, 2012

Respectfully submitted,

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 23rd day of August, 2012 by U.S. Mail delivery to:

Dale T. Golden
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609

*Larry Rumbough*
Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859