**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,   CASE NO.: 6:12-cv-00818

    Plaintiff,   **Civil Action**

vs.

EQUIFAX INFORMATION SERVICES, LLC,
et al.,

    Defendants.
_____/

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS (DE 4)**

COMES NOW, Defendant, ALLIANCEONE RECEIVABLES MANAGEMENT, INC. ("ALLIANCEONE") and files this, its Notice of Withdraw Defendant's Motion to Dismiss.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system and has been furnished by U.S. Mail to: Larry Rumbough, pro se, 840 Lilac Trace Lane, Orlando, Florida 32828, on this 31st day of August, 2012.

        **GOLDEN & SCAZ, PLLC**
        201 North Armenia Avenue
        Tampa, Florida  33609
        Telephone:  (813) 251-5500
        Facsimile:   (813) 251-3675

        By: ___/s/ Dale T. Golden_____
            Dale T. Golden, Esquire
            Florida Bar No.: 094080