**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LARRY RUMBOUGH,                              CASE NO.: 6:12-cv-00818

    Plaintiff,                                        **Civil Action**

vs.

EQUIFAX INFORMATION SERVICES, LLC,
et al.,

    Defendants.
_____/

**ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND**

COMES NOW, Defendant, ALLIANCEONE RECEIVABLES MANAGEMENT, INC. ("ALLIANCEONE")and responds to Plaintiff's Complaint as follows:

1. Admitted that Plaintiff brings the instant lawsuit alleging violations of the FCRA, FDCPA, and FCCPA; denied that Plaintiff is entitled to such relief.

2. Admitted.

3. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

4. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

5. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

6. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

7. Admitted.

8. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

9. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

10. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

11. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

12. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

13. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

14. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

15. Denied.

16. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

17. Denied.

18. Denied.

19. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

20. Defendant incorporates its responses to Paragraphs 1 through 19.

21. Denied

22. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

23. Admitted that FCRA states what it states, as to all other allegations contained herein, denied.

24. Admitted that FCRA states what it states, as to all other allegations contained herein, denied.

25. Admitted that FCRA states what it states, as to all other allegations contained herein, denied.

26. Denied (a through b inclusive)

27. Defendant incorporates its responses to Paragraphs 1 through 19.

28. Denied.

29. Denied.

30. Denied (a through h inclusive).

31. Defendant incorporates its responses to Paragraphs 1 through 19.

32. Denied.

33. Denied.

34. Denied (a through c inclusive)

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Defendant asserts that Plaintiff lacks standing to pursue claims under the FDCPA.

## THIRD AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury on all issues.

WHEREFORE, Defendant prays for judgment in its favor dismissing Plaintiff's Complaint.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system and has been furnished by U.S. Mail to: Larry Rumbough, pro se, 840 Lilac Trace Lane, Orlando, Florida 32828, on this 31st day of August, 2012.

**GOLDEN & SCAZ, PLLC**
201 North Armenia Avenue
Tampa, Florida  33609
Telephone:  (813) 251-5500
Facsimile:   (813) 251-3675

By:  ___/s/ Dale T. Golden_____
     Dale T. Golden, Esquire
     Florida Bar No.: 094080