**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,

    Plaintiff,

v.

                                       Case No.: 6-12-cv-818-ACC-DAB

CAPITAL ONE BANK and
ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendants.

_____

**MOTION FOR ADMISSION PRO HAC VICE OF ATTORNEY**
**BRYAN A. FRATKIN AND DESIGNATION AND CONSENT TO**
**<u>ACT PURSUANT TO LOCAL RULE 2.02</u>**

Defendant Capital One Bank (USA), N.A. ("Capital One"), incorrectly named in the Complaint as "Capital One Bank," pursuant to Local Rule 2.02(a), moves for the pro hac vice admission of attorney Bryan A. Fratkin to represent Defendant Capital One in this case and file this written designation and consent to act, and state:

1.    Mr. Fratkin is a member in good standing of the Bar of the Commonwealth of Virginia and is admitted to practice in the following Courts: (i) U.S. District Court for the Western District of Virginia; (ii) U.S. District Court for the Eastern District of Virginia; and (iii) U.S. Court of Appeals for the 4th Circuit.

2.    Mr. Fratkin is familiar with the Local Rules of this Court, including Rule 2.04.

3. On September 14, 2012, Mr. Fratkin submitted his Special Admission Attorney Certification form to the Clerk, and paid the $10 fee.

4. R. Eric Bilik is a member in good standing of The Florida Bar and the United States District Court for the Northern, Middle, and Southern Districts of Florida and is a resident of St. Johns County, Florida and has been retained as local counsel by Capital One to defend this action.

5. All notices and papers may be served upon R. Eric Bilik of McGuireWoods LLP, who will be responsible for the progress of the case, including the trial in the event of default of Mr. Fratkin.

6. **Local Rule 3.01(g) Certification.** Counsel for Capital One certifies that he has conferred with Plaintiff, who does not oppose the relief requested in this Motion.

WHEREFORE, Defendant Capital One respectfully requests that this Court grant the Motion for Admission Pro Hac Vice of Attorney Bryan A. Fratkin.

        **MCGUIREWOODS LLP**

By: */s/ R. Eric Bilik*
    R. Eric Bilik
    Florida Bar No. 0987840
    ebilik@mcguirewoods.com
    Emily Y. Rottmann
    Florida Bar No. 0093154
    erottmann@mcguirewoods.com
    50 N. Laura Street, Suite 3300
    Jacksonville, FL  32202
    (904) 798-3200
    (904) 798-3207 (fax)

    and

        Bryan A. Fratkin
bfratkin@mcguirewoods.com
*(Pro Hac Motion Pending)*
Myra H. Chapman
mchapman@mcguirewoods.com
*(Pro Hac Motion Pending)*
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

*Attorneys and Trial Counsel for Defendant Capital One Bank (USA), N.A.*

## Certificate of Service

I hereby certify that on this 14th day of September, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| J. Marshall Gilmore, Esq. | Dale Thomas Golden, Esq. |
| mgilmore@mgilmorelaw.com | Dale.golden@goldenscaz.com |
| 1936 Lee Road, Suite 100 | Golden & Scaz, PLLC |
| Winter Park, FL 32789 | 201 N. Armenia Avenue |
| Telephone: (407) 629-7322 | Tampa, FL 33609 |
| Facsimile: (407) 599-3801 | Telephone: (813) 251-5500 |
| *Attorneys and Trial Counsel for Plaintiff Larry Rumbough* | Facsimile: (813-251-3675 |
| | *Attorneys and Trial Counsel for AllianceOne Receivables Management, Inc.* |

        /s/ R. Eric Bilik
        R. Eric Bilik

42027915_1