UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:12-cv-00818-ACC-DAB

LARRY RUMBOUGH,

    Plaintiff,

v.

CAPITAL ONE BANK; ALLIANCEONE
RECEIVABLES MANAGEMENT, INC.,

    Defendants.

_____

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CAPITAL ONE BANK (USA), N.A.**

I hereby disclose the following Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporate that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    Capital One Bank (USA), N.A.[1]

    Capital One Financial Corporation

    Larry Rumbough

    AllianceOne Receivables Management, Inc.

---

[1] Incorrectly identified in the Complaint as "Capital One Bank"

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

>None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

>None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

>None, except for the allegations of Plaintiff, which Defendant Capital One Bank (USA), N.A., denies.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: September 27, 2012           **McGuireWoods LLP**

                                    By:   */s/ R. Eric Bilik*
                                          R. Eric Bilik
                                          Florida Bar No. 0987840
                                          ebilik@mcguirewoods.com
                                          Emily Y. Rottmann
                                          Florida Bar No. 0093154
                                          erottmann@mcguirewoods.com
                                          50 North Laura Street, Suite 3300
                                          Jacksonville, FL 32202
                                          Telephone: (904) 798-3200
                                          Facsimile: (904) 798-3207

                                                      and

                                          Bryan A. Fratkin
                                          bfratkin@mcguirewoods.com
                                          *(Admitted Pro Hac)*
                                          Myra H. Chapman
                                          mchapman@mcguirewoods.com
                                          *(Admitted Pro Hac)*
                                          McGuireWoods LLP
                                          One James Center
                                          901 East Cary Street
                                          Richmond, VA 23219-4030
                                          Telephone: (804) 775-1000
                                          Facsimile: (804) 775-1061

                                    *Attorneys and Trial Counsel for Defendant*
                                    *Capital One Bank (USA), N.A.*

## Certificate of Service

I hereby certify that on September 27, 2012 a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

J. Marshall Gilmore, Esq.
1936 Lee Road, Suite 100
Winter Park, FL  32789
Telephone: (407) 629-7322
Facsimile:  (407) 599-3801
mgilmore@mgilmorelaw.com
*Attorney and Trial Counsel for*
*Plaintiff Larry Rumbough*

Dale T. Gorden, Esq.
201 North Armenia Avenue
Tampa, FL  33609
Telephone: (813) 251-5500
Facsimile:  (813) 251-3675
dgolden@goldenscaz.com
*Attorney and Trial Counsel for*
*Defendant AllianceOne Receivables*
*Management, Inc.*

                                              */s/ R. Eric Bilik*
                                              R. Eric Bilik

42357822_1