UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:12-cv-00818-ACC-DAB

LARRY RUMBOUGH,

    Plaintiff,

v.

CAPITAL ONE BANK; ALLIANCEONE
RECEIVABLES MANAGEMENT, INC.,

    Defendants.

_____

**DEFENDANT CAPITAL ONE BANK (USA), N.A.'S UNOPPOSED
MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF
ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

    Defendant Capital One Bank (USA), N.A. ("Capital One"), incorrectly named in the Complaint as "Capital One Bank," by counsel and pursuant to Local Rule 3.01, files this unopposed motion for leave to file a reply in support of its Motion to Dismiss Plaintiff's Complaint (D.E. 13) and in support states as follows:

    1.    On September 24, 2012, Plaintiff filed his Response to Capital One's Motion to Dismiss. (D.E. 19) Plaintiff raises three issues that warrant a brief reply from Capital One.

    2.    First, Plaintiff incorrectly claims that he served Capital One within the Court's deadline because he had three additional days to comply with the Court's Order. (*Id*. at 1.) Capital One respectfully requests that this Court grant it an opportunity to respond to Plaintiff's claim and to show that, even if Plaintiff had the additional time he claims he had, he still failed to timely serve Capital One.

3. Second, Plaintiff asserts that his claims are not precluded because "Capital One continued to violate the FCRA after the filing of the original complaint . . . , after the deadline for amendment, after Plaintiff's acceptance of the offer of judgment, and after the final judgment." (*Id*. at 2.) Capital One respectfully requests that this Court grant it leave to further show that all of Plaintiff's claims in the Complaint are precluded because they accrued before Plaintiff accepted Capital One's Offer on Judgment and Acceptance in the prior action.

4. Third, Plaintiff requests leave to amend his Complaint to include alleged "new, timely violations by Capital One since the filing of the Verified Complaint." (*Id*.) Capital One respectfully requests that this Court grant it an opportunity to show that, to the extent Plaintiff's request is deemed to be a motion for leave to amend (and it should not be), it should be denied as futile.

Wherefore, Capital One respectfully requests that this Honorable Court grant it leave to file a no greater than five-page Reply and for any further relief this Court deems just and necessary.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for Capital One certify that they have conferred with Plaintiff's counsel, and Plaintiff does not oppose the relief requested in this motion.

Dated: September 28, 2012	**MCGUIREWOODS LLP**

By:	*/s/ R. Eric Bilik*
	R. Eric Bilik
	Florida Bar No. 0987840
	ebilik@mcguirewoods.com
	Emily Y. Rottmann
	Florida Bar No. 0093154
	erottmann@mcguirewoods.com
	50 North Laura Street, Suite 3300
	Jacksonville, FL  32202
	Telephone: (904) 798-3200
	Facsimile: (904) 798-3207

	and

	Bryan A. Fratkin
	bfratkin@mcguirewoods.com
	*(Admitted Pro Hac)*
	Myra H. Chapman
	mchapman@mcguirewoods.com
	*(Admitted Pro Hac)*
	McGuireWoods LLP
	One James Center
	901 East Cary Street
	Richmond, VA 23219-4030
	Telephone: (804) 775-1000
	Facsimile: (804) 775-1061

*Attorneys and Trial Counsel for Defendant Capital One Bank (USA), N.A.*

## Certificate of Service

I hereby certify that on September 28, 2012 a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

J. Marshall Gilmore, Esq.
1936 Lee Road, Suite 100
Winter Park, FL  32789
Telephone: (407) 629-7322
Facsimile:  (407) 599-3801
mgilmore@mgilmorelaw.com
*Attorney and Trial Counsel for*
*Plaintiff Larry Rumbough*

Dale T. Gorden, Esq.
201 North Armenia Avenue
Tampa, FL  33609
Telephone: (813) 251-5500
Facsimile:  (813) 251-3675
dgolden@goldenscaz.com
*Attorney and Trial Counsel for*
*Defendant AllianceOne Receivables*
*Management, Inc.*

                                                   */s/ R. Eric Bilik*
                                                   R. Eric Bilik