UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:12-cv-00818-ACC-DAB

LARRY RUMBOUGH,

    Plaintiff,

v.

CAPITAL ONE BANK; ALLIANCEONE
RECEIVABLES MANAGEMENT, INC.,

    Defendants.
_____

## CERTIFICATE OF COMPLIANCE

Myra H. Chapman, counsel for defendant Capital One Bank (USA), N.A., incorrectly named in the Complaint as "Capital One Bank," in response to this Court's October 3, 2012 Order Requiring Electronic Filing [D.E. 25], hereby certifies that on September 18, 2012, she registered for this Court's electronic filing system (CM/ECF) and is maintaining an email address as required by Local Rule 2.01(d). Myra H. Chapman received a login and password from the CM/ECF system by electronic mail on September 18, 2012.

**MCGUIREWOODS LLP**

By:   */s/ Myra H. Chapman*
      Bryan A. Fratkin
      bfratkin@mcguirewoods.com
      *(Admitted Pro Hac)*
      Myra H. Chapman
      mchapman@mcguirewoods.com
      *(Admitted Pro Hac)*
      McGuireWoods LLP
      One James Center
      901 East Cary Street
      Richmond, VA 23219-4030
      Telephone: (804) 775-1000
      Facsimile: (804) 775-1061

      and

      R. Eric Bilik
      Florida Bar No. 0987840
      ebilik@mcguirewoods.com
      Emily Y. Rottmann
      Florida Bar No. 0093154
      erottmann@mcguirewoods.com
      50 North Laura Street, Suite 3300
      Jacksonville, FL 32202
      Telephone: (904) 798-3200
      Facsimile: (904) 798-3207

*Attorneys and Trial Counsel for Defendant Capital One Bank (USA), N.A.*

**Certificate of Service**

 I hereby certify that on October 3, 2012, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

J. Marshall Gilmore, Esq.
1936 Lee Road, Suite 100
Winter Park, FL  32789
Telephone: (407) 629-7322
Facsimile:  (407) 599-3801
mgilmore@mgilmorelaw.com
*Attorney and Trial Counsel for*
*Plaintiff Larry Rumbough*

Dale T. Gorden, Esq.
201 North Armenia Avenue
Tampa, FL  33609
Telephone: (813) 251-5500
Facsimile:  (813) 251-3675
dgolden@goldenscaz.com
*Attorney and Trial Counsel for*
*Defendant AllianceOne Receivables*
*Management, Inc.*

                 */s/ Myra H. Chapman*
                 Myra H. Chapman