**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LARRY RUMBOUGH,

    Plaintiff,

v.                                  **Case No. 6:12-cv-00818-Orl-22DAB**

CAPITAL ONE BANK; ALLIANCEONE
RECEIVABLES MANAGEMENT, INC.,

    Defendants.

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__**X**__ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                            6:07-cv-1484-ACC-DAB
                            6:10-cv-00117- ACC-DAB

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

McGUIREWOODS LLP


By: */s/ R. Eric Bilik*
     R. Eric Bilik
     Florida Bar No. 0987840
     ebilik@mcguirewoods.com
     Emily Y. Rottmann
     Florida Bar No. 0093154
     erottmann@mcguirewoods.com
     50 North Laura Street, Suite 3300
     Jacksonville, FL  32202
     Telephone: (904) 798-3200
     Facsimile: (904) 798-3207

     and

     Bryan A. Fratkin
     bfratkin@mcguirewoods.com
     *(Admitted Pro Hac)*
     Myra H. Chapman
     mchapman@mcguirewoods.com
     *(Admitted Pro Hac)*
     McGuireWoods LLP
     One James Center
     901 East Cary Street
     Richmond, VA 23219-4030
     Telephone: (804) 775-1000
     Facsimile: (804) 775-1061

*Attorneys and Trial Counsel for Defendant*
*Capital One Bank (USA), N.A.*

**Certificate of Service**

I hereby certify that on October 17, 2012, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

J. Marshall Gilmore, Esq.
1936 Lee Road, Suite 100
Winter Park, FL  32789
Telephone: (407) 629-7322
Facsimile:  (407) 599-3801
mgilmore@mgilmorelaw.com
*Attorney and Trial Counsel for Plaintiff Larry Rumbough*

Dale T. Golden, Esq.
201 North Armenia Avenue
Tampa, FL  33609
Telephone: (813) 251-5500
Facsimile:  (813) 251-3675
dgolden@goldenscaz.com
*Attorney and Trial Counsel for Defendant AllianceOne Receivables Management, Inc.*

                                              */s/ R. Eric Bilik*
                                                    Attorney